# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| "GABRIELLE DOE" <br><br> On Behalf of Herself and <br> All Others Similarly Situated <br><br> Plaintiffs <br><br> v. <br><br> THE NEW RITZ, INC., ET AL. <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case No.: 1:14-CV-02367-WDQ <br> * <br> * <br> * <br> * |

## AFFIDAVIT OF GABRIELLE DOE

1.  I am over the age of 18, am of sound mind, and can testify to the following from first-hand knowledge.

2.  I was employed by Defendants as an exotic dancer at Defendant's Ritz Cabaret Gentlemen's Club (hereinafter "Ritz Cabaret"), an exotic dance club, for the time period of, on or about, January 2012 through August 2014 (hereafter, "at all times relevant" or "the relevant time period").

3.  At all times relevant, my primary job duty was as an exotic dancer at Defendants' exotic dance club.

4.  At all times relevant, I regularly and customarily worked approximately fifty-five (55) hours per week.

5.  I filed suit in the above-captioned case under the pseudonym "Gabrielle Doe" to avoid retaliation for fear of immediate physical, psychological and economic retaliation.

6.     During the relevant time period, I was the subject of physical abuse from Defendants and Defendant's employees, including but not limited to said Defendants and Defendant's employees striking my rear-end if I was running late to perform on stage or even for no reason at all.

7.     Additionally, during the relevant time period, I saw Defendants and Defendant's employees, physically assault a patron of Ritz Cabaret, throwing said patron down a flight of stairs and continue to beat the patron. I fear that if my name is not kept anonymous that the physical abuse I was previously subjected to will escalate to this degree.

8.     Defendants and Defendant's employees also engaged in a course of verbal abuse during the relevant time period, constantly referring to me as "slut," "skank," "whore" and/or "bitch."

9.     During the relevant time period, Defendants and Defendant's employees also threatened me with forced sexual favors if I did not perform when told, saying e.g. "if you don't get on stage you're going to have to suck on my lollipop."

10.    While I no longer work at the Ritz Cabaret nor for Defendants, due to the fact that I still work in the exotic dancing industry, I have an imminent fear that the aforesaid physical and verbal abuse could recur if my name is not kept anonymous since Defendants have all of my personal information including but not limited to my name, home address, contact information and Social Security Number.

11.    Additionally, since I continue to work in the industry and due to the tight-knit nature of the exotic dancing community, I fear the if my name is not kept anonymous I will be fired from my current employer and de facto barred from working in the exotic dance industry.

**EXHIBIT 1**

**I swear and affirm under the penalties of perjury that the foregoing information and testimony is true and correct and from my personal knowledge.**

_Nov 21, 2014_                    _Gabrielle Doe_
Date                                                      GABRIELLE DOE*

*Attorneys for Plaintiff have retained an identical original affidavit with Plaintiff's given, non-anonymous name.