IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| "GABRIELLE DOE," | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: RDB-14-2367 |
| THE NEW RITZ, INC. *et al.*, | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE LITIGATION

Defendants, The New Ritz, Inc., Ritz of Baltimore, Inc., O.I. Enterprises, Inc., Omid Ilkhan, Joseph J. Soltas, David Hitchiner, Ari Cohen, and Michelle Silver (collectively, "Defendants"), through counsel, submit this Motion To Compel Arbitration And To Dismiss Or Stay The Litigation, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* ("FAA").

In her Complaint, Plaintiff alleges violations of the Fair Labor Standards Act ("FLSA") and Maryland Wage and Hour Law ("MWHL") on her own behalf and on behalf of a proposed class of exotic dancers who also performed at the Ritz Cabaret Gentlemen's Club. Plaintiff, however, entered into a Dancer Lease Agreement, in which she agreed to arbitrate such claims on an individual basis. Because the FAA mandates enforcement of such agreements, Plaintiff cannot proceed in this forum and cannot pursue a class or collective action.

Wherefore, for the foregoing reasons and for the reasons more fully set forth in the accompanying Memorandum in Support, Defendants respectfully request that the Court dismiss Plaintiff's claims in their entirety and direct Plaintiff to pursue her claims, if at all, in arbitration on an individual basis in accordance with the Dancer Lease Agreement between the Parties.

Dated: February 24, 2016               Respectfully submitted,


                                       _____/s/_____
                                       Brooks R. Amiot (Bar No. 12148)
                                       Keith D. Hudolin (Bar No. 13688)
                                       Jackson Lewis P.C.
                                       2800 Quarry Lake Drive, Suite 200
                                       Baltimore, Maryland 21209
                                       410.415.2000 (T)
                                       410.415.2001 (F)
                                       brooks.amiot@jacksonlewis.com
                                       keith.hudolin@jacksonlewis.com

                                       Edward L. Cardona III (Bar No. 19302)
                                       Murphy, Falcon & Murphy
                                       One South Street, 23rd Floor
                                       Baltimore, Maryland 21202
                                       (410) 951-8744

                                       *Attorneys for Defendants*